UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 3:18-cv-54-CDL |
| v. | ) |
| PETER C. JOHNSON; and MIRIAM JOHNSON, | ) |
| Defendants. | ) |

**ORDER GRANTING JOINT MOTION FOR**
**INSTALLMENT PAYMENT ORDER**

Upon consideration of the parties' Joint Motion for an Installment Payment Order and the evidence presented, and after taking into consideration the income, resources, and expenses of Peter C. Johnson and Miriam Johnson, it is HEREBY ORDERED under 28 U.S.C. § 3204 that:

A. The Joint Motion for an Installment Payment Order is GRANTED;

B. Defendants shall make regular installment payments of $25,000 per month to be paid by the first day of the month by ACH debit to the United States;

C. Defendants shall file all past-due income and other tax returns no later than December 16, 2022, using a Department of Justice-approved accountant, and consistent with the guidance provided by the Internal Revenue Service on September 21, 2022;

D. Dr. Johnson shall timely file and pay all future tax obligations pursuant to Title 26, U.S.C.;

E. Dr. Johnson and his businesses shall use the same accountant who prepared his past-due returns for future personal and corporate income tax and employee wage filings unless expressly approved to do otherwise by this Court or the Department of Justice;

F. Defendant and his businesses shall not change personal and business bank accounts without notifying the Department of Justice and providing all new account information;

G. Dr. Johnson shall provide up to twelve months of bank statements or any other documents reasonably attainable at the request of the Department of Justice;

H. The United States shall have the right to conduct post-judgment discovery to ensure compliance with this action; and

I. Upon the entry of this Order, the United States motion for an order to show cause and for sanctions, Doc. No. 25, is DISMISSED without prejudice.

**SO ORDERED** this 21st day of October, 2022.

S/Clay D. Land  
CLAY D. LAND  
U.S. DISTRICT JUDGE